15917.   STROTHER *v.* SOUTHERN STATES PHOSPHATE &
FERTILIZER CO.

BELL, J.   Where an attachment was sought by a creditor, by petition to
the judge of the superior court, under § 5089 of the Civil Code, upon
the ground that his debtor had made fraudulent liens on the debtor's
property, and where the writ issued after an order by the judge au-
thorizing it, a demurrer to the attachment, on the ground that the
affidavit verifying the petition had been subscribed before a commercial
notary public, was properly overruled. Such an attachment may be
issued upon the petition of the creditor, supported by "affidavit, or
testimony if he can control the same." Civil Code (1910), § 5088. If
the affidavit was void as an affidavit verifying the petition, for the
reason stated, the judge could consider it as sufficient "testimony" in
support of the allegations of the petition, and grant the attachment.
*Price* v. *Cohen,* 118 *Ga.* 261 (45 S. E. 225). See also *Gazan* v. *Royce,*
78 *Ga.* 512 (1) (3 S. E. 753); *Loeb* v. *Smith,* 78 *Ga.* 504 (3 S. E.
458); *Enneking* v. *Clay,* 79 *Ga.* 598 (7 S. E. 257).
> *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
> DECIDED DECEMBER 17, 1924.

Attachment; from Candler superior court—Judge Hardeman.
August 7, 1924.

*C. W. Turner,* for plaintiff in error.

*Kimbrough & Brown,* contra.

---

14152.   CITY OF BRUNSWICK *v.* GLOGAUER.

STEPHENS, J.   The judgment of affirmance heretofore rendered by this
court in this case (30 *Ga. App.* 727, 119 S. E. 420) having been re-
versed by the Supreme Court on certiorari (158 *Ga.* 792), the opinion
rendered by this court in affirming the judgment of the court below is
hereby withdrawn, and the rulings announced by the Supreme Court in
its opinion reversing the judgment of this court are hereby applied.
> *Judgment reversed. Jenkins, P. J., and Bell, J., concur.*
> DECIDED DECEMBER 18, 1924.

Action for damages; from Glynn superior court—Judge High-
smith.   October 14, 1922.

*R. D. Meader,* for plaintiff in error.

*Krauss & Strong,* contra.